IN THE SUPREME COURT OF TENNESSEE
AT KNOXVILLE

FILED

January 11, 1999

Cecil W. Crowson
Appellate Court Clerk

LINDA S. SEALS,                          )
                                         )
        Plaintiff/Appellee,              )
                                         )
v.                                       )    NO. 03S01-9704-CH-00044
                                         )
ENGLAND/CORSAIR UPHOLSTERY               )
MANUFACTURING COMPANY, INC.,             )
                                         )
        Defendant/Appellant,             )
                                         )
DINA TOBIN, DIRECTOR OF                  )
THE DIVISION OF WORKERS'                 )
COMPENSATION, TENNESSEE                  )
DEPARTMENT OF LABOR,                     )
SECOND INJURY FUND,                      )
                                         )
        Defendant/Appellee.              )


# CONCURRING OPINION


I concur in the majority's decision to remand this case to the trial court for

a determination as to the extent of the worker's vocational disability attributable

to the worker's subsequent physical and mental disabilities. I continue to adhere

to my dissent in Bomely v. Mid America Corp., 970 S.W.2d 929 (Tenn. 1998), in

which I concluded that Tenn. Code Ann. § 50-6-208(a) is applicable when there

is a subsequent injury and the employee is rendered permanently and totally

disabled. Subsection (b), however, should apply only when the employee is still

able to earn a wage or be gainfully employed but has received compensable

vocational disabilities that exceed 100 percent or 400 weeks of compensation.


_____
Janice M. Holder, Justice